In the Matter of the Estate of GEORGE H. PARKS,
Deceased.

HARRIET P. DUPORT et al., Appellants; LOUIS F. HYDE
et al., as Executors of LOUIS M. BROWN, Deceased,
Respondents.

(Argued October 19, 1932; decided November 22, 1932.)

*Leslie J. Tompkins* for appellants.

*James McPhillips* and *C. E. Fitzgerald* for respondents.

Appeal dismissed, with costs, as no exceptions were filed to the findings made by the Surrogate and embodied in the decision. (*Matter of Findlay,* 253 N. Y. 1.) No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.